1  Bob Semnar (SBN 224890)
   SEMNAR LAW FIRM, INC.
2  400 S. Melrose Dr., Suite 209
   Vista, CA 92081
3  Telephone: (951) 293-4187
   Fax: (888) 819-8230
4

5  Attorneys for Plaintiff
   MARY K. GREENLEE

6

7                    **UNITED STATES DISTRICT COURT**

8            **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

9

| | |
|---|---|
| MARY K. GREENLEE,<br><br>             Plaintiff,<br><br>     vs.<br><br>CEFCU, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS, INC., an incorporated entity; EQUIFAX, INC., an incorporated entity; TRANSUNION INTERACTIVE, INC., an incorporated entity; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No.: 5:13-cv-02115 JVS<br><br>**STIPULATION TO DISMISS CASE IN ITS ENTIRETY WITH PREJUDICE** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND HONORABLE JUDGE OF THE DISTRICT COURT:**

   The parties in this matter stipulate that the entire action is to be dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED:  June 25, 2014                         /S/Babak Semnar, Esq.
                                              BABAK SEMNAR
                                              Attorney for Plaintiff,
                                              MARY GREENLEE

1
**STIPULATION TO DISMISS ENTIRE ACTION**

1  DATED:  June 25, 2014                    /S/Jared M. Hartman, Esq.
                                            JARED M. HARTMAN
2                                           Attorney for Plaintiff,
                                            MARY GREENLEE
3

4
   DATED:  June 25, 2014                    /S/ Thomas P. Quinn, Jr., Esq.
5                                           THOMAS P. QUINN, JR.
                                            Attorney for Defendant,
6                                           Equifax Information Services LLC

7

8  DATED:  June 25, 2014                    /S/ Vanessa Davila, Esq.
                                            Vanessa Davila
9                                           Attorney for Defendant,
                                            CEFCU
10

11 DATED:  June 25, 2014                    /S/ Corey H. Boyd, Esq.
                                            Corey H. Boyd
12                                          Attorney for Defendant,
                                            Experian Information Solutions, Inc.
13

14 DATED:  June 25, 2014                    /S/ Donald E. Bradley, Esq.
                                            Donald E. Bradley
15                                          Attorney for Defendant,
                                            Trans Union Interactive, Inc.
16

17

18

19

20

21

22

23

24

25

26

27

28

2
**STIPULATION TO DISMISS ENTIRE ACTION**