**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| MARY K. GREENLEE,<br><br>        Plaintiff,<br><br>    vs.<br><br>CEFCU, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS, INC., an incorporated entity; EQUIFAX, INC., an incorporated entity; TRANSUNION INTERACTIVE, INC., an incorporated entity; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: 5:13-cv-02115 JVS<br><br>**COURT ORDER AS TO STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

**ORDER AS TO STIPULATION TO DISMISS**

The parties' STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE is approved.

**IT IS SO ORDERED.**

Dated:

　　　　　　　　　　　　　　　　　　　　The Honorable James V. Selna
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1