JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MARY K. GREENLEE,<br><br>      Plaintiff,<br><br>    vs.<br><br>CEFCU, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS, INC., an incorporated entity; EQUIFAX, INC., an incorporated entity; TRANSUNION INTERACTIVE, INC., an incorporated entity; and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No.: 5:13-cv-02115 JVS<br><br>**COURT ORDER AS TO STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

### ORDER AS TO STIPULATION TO DISMISS

The parties' STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE is approved.

**IT IS SO ORDERED.**

Dated: June 26, 2014

_____
The Honorable James V. Selna
UNITED STATES DISTRICT JUDGE

1